IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Liberty Property Holdings SC, LLC individually, derivatively on behalf of Renaissance Tower Horizontal Property Regime, and on behalf of a class of all other similarly situated; Azure Bleu, LLC; Edelyne Beauvais-Thomas; Jason E. Blosser; Nicole M. Blosser; Eshellah D. Calhoun; Zachary G. Calhoun, David DiMaio; Linda DiMaio; Susan H. Ferguson; Four Parts Whole, LLC; Sharon M. Hubbard; Carol A. Messenger; Jeffrey S. Palmer; Summalin, Inc.; Terry J. Tuminello; Shelley Ware; and Jonathan S. Williams,<br><br>        Plaintiffs.<br><br>v.<br><br>Jeffrey L. Richardson; William S. Spears; Brent M. Whitesell; Laurie Z. Wunderley; Madeline R. Mercer; Catherine M. Gregor; Dennis J. Sassa; Tracy A. Meadows; Peter A. Grusauska; and William Douglas Management, Inc.<br><br>        Defendants. | CASE NO. 4:22-CV-03556-RBH<br><br><br><br>**DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, all of the above captioned Defendants move to dismiss the Complaint in its entirety for those reasons set forth in Defendants' Memorandum of Law in Support of their Motion to Dismiss. In addition, the Defendants pray for such other and further relief as this Court may deem just and proper under the circumstances.

[SIGNATURE PAGE TO FOLLOW]

49601093 v1

Dated:  December 13, 2022

BURR & FORMAN LLP

By      /s/ James K. Gilliam
James K. Gilliam       (Fed ID 10761)
John F. Connell, Jr.    (Fed ID 12557)
104 South Main St., Suite 700 (29601)
Post Office Box 447
Greenville, SC  29602
864.271.4940 (Telephone)
864.271.4015 (Facsimile)
jgilliam@burr.com
jconnell@burr.com
ATTORNEYS FOR DEFENDANTS

49601093 v1

2