# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Liberty Property Holdings SC, LLC individually, derivatively on behalf of Renaissance Tower Horizontal Property Regime, and on behalf of a class of all other similarly situated; Azure Bleu, LLC; Edelyne Beauvais-Thomas; Jason E. Blosser; Nicole M. Blosser; Eshellah D. Calhoun; Zachary G. Calhoun, David DiMaio; Linda DiMaio; Susan H. Ferguson; Four Parts Whole, LLC; Sharon M. Hubbard; Carol A. Messenger; Jeffrey S. Palmer; Summalin, Inc.; Terry J. Tuminello; Shelley Ware; and Jonathan S. Williams,<br><br>    Plaintiffs.<br><br>v.<br><br>Jeffrey L. Richardson; William S. Spears; Brent M. Whitesell; Laurie Z. Wunderley; Madeline R. Mercer; Catherine M. Gregor; Dennis J. Sassa; Tracy A. Meadows; Peter A. Grusauska; and William Douglas Management, Inc.<br><br>    Defendants. | CASE NO. 4:22-CV-03556-RBH<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

As reflected on page two of Plaintiffs' Motion for Extension of Time [*EN #9*], Defendants consent to Plaintiffs' request that they have until January 26, 2023 to file their response to Defendants' Motion to Dismiss.

[SIGNATURE PAGE TO FOLLOW]

49739762 v1

2

| | |
|---|---|
| Dated:  December 27, 2022 | **BURR & FORMAN LLP** |

By   */s/ James K. Gilliam*
     James K. Gilliam       (Fed ID 10761)
     John F. Connell, Jr.    (Fed ID 12557)
     104 South Main St., Suite 700 (29601)
     Post Office Box 447
     Greenville, SC  29602
     864.271.4940 (Telephone)
     864.271.4015 (Facsimile)
     jgilliam@burr.com
     jconnell@burr.com
     ATTORNEYS FOR DEFENDANTS