# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Liberty Property Holdings SC, LLC individually, derivatively on behalf of Renaissance Tower Horizontal Property Regime, and on behalf of a class of all others similarly situated; Azure Bleu, LLC; Edelyne Beauvais-Thomas; Jason E. Blosser; Nicole M. Blosser; Eshellah D. Calhoun; Zachary G. Calhoun; David DiMaio; Linda DiMaio; Susan H. Ferguson; Four Parts Whole, LLC; Sharon M. Hubbard; Carol A. Messenger; Jeffrey S. Palmer; Summalin, Inc.; Terry J. Tuminello; Shelley Ware; and Jonathan S. Williams,<br><br>                    Plaintiffs,<br><br>v.<br><br>Jeffrey L. Richardson; William S. Spears; Brent M. Whitesell; Laurie Z. Wunderley; Madeline R. Mercer; Catherine M. Gregor; Dennis J. Sassa; Tracy A. Meadows; Peter A. Grusauskas; and William Douglas Management, Inc.,<br><br>                    Defendants. | CIVIL ACTION NO.: 4:22-cv-03556-RBH<br><br><br>**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs Liberty Property Holdings SC, LLC; Azure Bleu, LLC; Edelyne Beauvais-Thomas; Jason E. Blosser; Nicole M. Blosser; Eshellah D. Calhoun; Zachary G. Calhoun; David DiMaio; Linda DiMaio; Susan H. Ferguson; Four Parts Whole, LLC; Sharon M. Hubbard; Carol A. Messenger; Jeffrey S. Palmer; Summalin, Inc.; Terry J. Tuminello; Shelley Ware; and Jonathan S. Williams, (all plaintiffs together, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an Order extending by ten days the time for Plaintiffs to file a

response to Defendants' Motion to Dismiss. Defendants' Motion to Dismiss was filed on December 13, 2022, and Plaintiffs' response is currently due on January 26, 2023. Plaintiffs were previously granted an extension of thirty days to file their response. Plaintiffs request the additional ten days due to work and family obligations, including unanticipated obligations.

The undersigned sought and obtained consent to the proposed extension from all parties. This motion is made in good faith and not for the purpose of unnecessary delay.

WHEREFORE, Plaintiffs respectfully move the Court for an Order extending the deadline for Plaintiffs to file their response to Defendants' Motion to Dismiss by ten days.

> THE STEINBERG LAW FIRM, L.L.P.
> P.O. Box 2670
> Summerville, SC 29485
> (843) 871-6522 - office
> (843) 871-8565 - facsimile
>
> By:      s/Elliotte Quinn
>          F. Elliotte Quinn IV
>          Fed. Bar No.: 12563
>          SC Bar No.: 100450
>          equinn@steinberglawfirm.com
>
>          Rachel Igdal
>          Fed. Bar No.: 12775
>          SC Bar No.: 102744
>          rigdal@steinberglawfirm.com
>
>          *Attorneys for Plaintiffs*