IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Liberty Property Holdings SC, LLC individually, derivatively on behalf of Renaissance Tower Horizontal Property Regime, and on behalf of a class of all other similarly situated; Azure Bleu, LLC; Edelyne Beauvais-Thomas; Jason E. Blosser; Nicole M. Blosser; Eshellah D. Calhoun; Zachary G. Calhoun, David DiMaio; Linda DiMaio; Susan H. Ferguson; Four Parts Whole, LLC; Sharon M. Hubbard; Carol A. Messenger; Jeffrey S. PALMER; Summalin, Inc.; Terry J. Tuminello; Shelley Ware; and Jonathan S. Williams,<br><br>Plaintiffs.<br><br>v.<br><br>Jeffrey L. Richardson; William S. Spears; Brent M. Whitesell; Laurie Z. Wunderley; Madeline R. Mercer; Catherin M. Gregor; Dennis S. Sassa; Tracy A. Meadows; Peter A. Grusauska; and William Douglas Management, Inc.,<br><br>Defendants. | C/A No.: **4:22-CV-03556-RBH**<br><br>**NOTICE OF APPEARANCE BY CLINTON T. MAGILL** |

PLEASE TAKE NOTICE that Clinton T. Magill will appear as co-counsel for Plaintiffs

in the above captioned case.

**Respectfully submitted:**

This 7th day of February, 2023
Charleston, South Carolina

/s/ Clinton T. Magill
EPTING & RANNIK, LLC
Clinton T. Magill (Fed. ID No. 12459)
Jaan G. Rannik (Fed. ID No. 12621)
46A State Street
Charleston, SC 29401
P: (843) 377-1871
F: (843) 377-1310
ctm@epting-law.com
jgr@epting-law.com
COUNSEL FOR PLAINTIFFS