# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Liberty Property Holdings SC, LLC individually, derivatively on behalf of Renaissance Tower Horizontal Property Regime, and on behalf of a class of all other similarly situated; Azure Bleu, LLC; Edelyne Beauvais-Thomas; Jason E. Blosser; Nicole M. Blosser; Eshellah D. Calhoun; Zachary G. Calhoun, David DiMaio; Linda DiMaio; Susan H. Ferguson; Four Parts Whole, LLC; Sharon M. Hubbard; Carol A. Messenger; Jeffrey S. Palmer; Summalin, Inc.; Terry J. Tuminello; Shelley Ware; and Jonathan S. Williams,<br><br>    Plaintiffs,<br><br>v.<br><br>Jeffrey L. Richardson; William S. Spears; Brent M. Whitesell; Laurie Z. Wunderley; Madeline R. Mercer; Catherine M. Gregor; Dennis J. Sassa; Tracy A. Meadows; Peter A. Grusauska; and William Douglas Management, Inc.,<br><br>    Defendants. | CASE NO. 4:22-CV-03556-RBH<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

  YOU WILL PLEASE TAKE NOTICE that James K. Gilliam, Esquire, of Burr & Forman, LLP, attorney for Defendants, respectfully moves this Court for an Order of Protection from being called to trial or having any motions or other hearings scheduled before this Honorable Court for the period of June 14-16, 2023, for a planned family vacation.

Dated: May 12, 2023        BURR & FORMAN LLP

                By  /s/ James K. Gilliam

50819189 v1

2

        James K. Gilliam    (Fed ID 10761)
        104 South Main St., Suite 700 (29601)
        Post Office Box 447
        Greenville, SC  29602
        864.271.4940 (Telephone)
        864.271.4015 (Facsimile)
        jgilliam@burr.com
        ATTORNEY FOR DEFENDANTS