IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Liberty Property Holdings SC, LLC individually, derivatively on behalf of Renaissance Tower Horizontal Property Regime, and on behalf of a class of all other similarly situated; Azure Bleu, LLC; Edelyne Beauvais-Thomas; Jason E. Blosser; Nicole M. Blosser; Eshellah D. Calhoun; Zachary G. Calhoun, David DiMaio; Linda DiMaio; Susan H. Ferguson; Four Parts Whole, LLC; Sharon M. Hubbard; Carol A. Messenger; Jeffrey S. Palmer; Summalin, Inc.; Terry J. Tuminello; Shelley Ware; and Jonathan S. Williams, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C/A No.: 4:22-CV-03556-RBH  <br><br>**JOINT RULE 26(f) REPORT** |
| Plaintiffs. | ) | |
| v. | ) | |
| Jeffrey L. Richardson; William S. Spears; Brent M. Whitesell; Laurie Z. Wunderley; Madeline R. Mercer; Catherine M. Gregor; Dennis J. Sassa; Tracy A. Meadows; Peter A. Grusauska; and William Douglas Management, Inc., Edward A. Wunderley; John Doe 1-10; Renaissance Tower Horizontal Property Regime; | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

**[X]**   We agree that the schedule set forth in the [Consent *Amended*] Scheduling Order [ECF No. 42] filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐   We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐   We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

s/ *Clinton T. Magill*
Clinton T. Magill (FED ID. 12459)
Jaan G. Rannik
Epting & Rannik, LLC
46A State Street
Charleston, SC 29401
ctm@epting-law.com
jgr@epting-law.com

&

THE STEINBERG LAW FIRM, L.L.P.
P.O. Box 2670
Summerville, SC 29484
(843) 871-6522 - office
(843) 871-8565 - facsimile
F. Elliotte Quinn IV
Federal Bar No. 12563
equinn@steinberglawfirm.com

*Counsel for Plaintiff(s)*

s/ *Matthew K. Harrison*
Matthew K. Harrison (Fed. ID 12939)
Peter G. Siachos (Fed. ID 7591)
40 Calhoun Street, Suite 350
Charleston, SC 29401
Tel: (843) 278-5900
psiachos@grsm.com
mharrison@grsm.com

*Counsel for Defendant(s)*