# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Liberty Property Holdings SC, LLC *individually, derivatively on behalf of* Renaissance Tower Horizontal Property Regime, *and on behalf of a class of all others similarly situated*; Azure Bleu, LLC; Edelyne Beauvais-Thomas; Jason E. Blosser; Nicole M. Blosser; Eshellah D. Calhoun; Zachary G. Calhoun; David DiMaio; Linda DiMaio; Susan H. Ferguson; Four Parts Whole, LLC; Sharon M. Hubbard; Carol A. Messenger; Jeffrey S. Palmer; Summalin, Inc.; Terry J. Tuminello; Shelley Ware; and Jonathan S. Williams, | Case No.: 4:22-CV-03556-SAL<br><br>**PLAINTIFFS' IDENTIFICATION OF EXPERT WITNESSES** |
| Plaintiffs, | |
| v. | |
| Jeffrey L. Richardson; William S. Spears; Brent M. Whitesell; Laurie Z. Wunderley; Madeline R. Mercer; Catherine M. Gregor; Dennis J. Sassa; Tracy A. Meadows; Peter A. Grusauskas; and Edward A. Wunderley, *in their capacities as former and current co-owners and directors constituting the Board for the Renaissance Towers Horizontal Property Regime*; William Douglas Management, Inc.; and, John Doe 1-10, | |
| Defendants, | |
| Renaissance Towner Horizontal Property Regime, | |
| Nominal Defendant. | |

The Plaintiffs above-named, pursuant to Rule 26(a)(2), Fed. R. Civ. P., identify and disclose the following expert witnesses whom they may use at the trial of this matter:

A. Rhett Whitlock, PhD, P.E.
WDP & Associates
3139 First Avenue South
Murrells Inlet, South Carolina 29576
Tel. 800-755-0758

Jim Buxton, Esq.
Buxton & Collie, LLC
940 Johnnie Dodds Blvd
Suite 100
Mount Pleasant, SC 29464
Tel. 843-606-2397

Pledger M. Bishop III, MAI, SRA, AI-GRS
Valbridge Property Advisors
1250 Fairmont Avenue
Mount Pleasant, South Carolina 29464
Tel. 843-856-2000

   Mr. Whitlock's testimony includes and/or will relate to his opinions regarding the structural deficiencies at the Renaissance Tower building as early as the year 2000 and the increased costs of repair on account of Defendants' delay in effecting those repairs. Mr. Buxton's testimony includes and/or will relate to his opinions regarding the failure of Defendants to abide by the duties and obligations owed to the Plaintiff homeowners. Mr. Bishop's testimony includes and/or will relate to his opinions regarding damages suffered by Plaintiffs relating to, *inter alia*, the loss of use of their property.

   Copies of each of these experts' reports are being served upon Defendants contemporaneously with the filing of this expert disclosure. Plaintiffs reserve the right to serve amended and/or supplemental reports of their experts as appropriate.

**[signatures on following page]**

|  |  |
|---|---|
|  | **Respectfully submitted:** |
|  | **EPTING & RANNIK, LLC** |
| This 9th day of December, 2024<br>Charleston, South Carolina | */s/Jaan Rannik*<br>Jaan G. Rannik (Fed. ID 12621)<br>Clinton T. Magill (Fed. ID 12459)<br>46A State Street<br>Charleston, SC 29401<br>jgr@epting-law.com<br>ctm@epting-law.com |
|  | & |
|  | **THE STEINBERG LAW FIRM, L.L.P.** |
|  | */s/F. Elliotte Quinn, IV*<br>P.O. Box 2670<br>Summerville, SC 29484<br>(843) 871-6522 - office<br>(843) 871-8565 - facsimile<br>F. Elliotte Quinn IV<br>Federal Bar No. 12563<br>equinn@steinberglawfirm.com |
|  | *COUNSEL FOR PLAINTIFF(S)* |